**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOE HAND PROMOTIONS, INC.
　　　　　V.
MARK DELIA individually and d/b/a
LIT LOUNGE f/k/a COZMO'S and
LIT LOUNGE f/k/a COZMO'S

Case Number:
FILED: JULY 07, 2008
08 CV 3857
JUDGE CASTILLO
MAGISTRATE JUDGE NOLAN
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOE HAND PROMOTIONS, INC.

| | |
|---|---|
| NAME (Type or print) James A. Karamanis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ James A. Karamanis | |
| FIRM Zane D. Smith & Associates, Ltd. | |
| STREET ADDRESS 415 N. LaSalle Street - Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6203479 | TELEPHONE NUMBER (312) 245-0031 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |