UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joe Hand Promotions, Inc.
        Plaintiff,

v.               Case No.: 1:08−cv−03857
               Honorable Ruben Castillo

Mark Delia, et al.
        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, August 25, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Parties to file the joint status report on or before 9/18/2008. Status hearing reset to 9/23/2008 at 9:45 AM. Status hearing set for 8/28/2008 is vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.